## Upper Moreland-Hatboro Joint Sewer Authority, Appellant, *v.* Walsh et al.

Argued June 8, 1959. Before RHODES, P.J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Samuel H. High, Jr.,* for appellant.

*Thomas M. Garrity,* for appellee.

OPINION BY ERVIN, J., July 3, 1959:

The facts and law involved in this appeal are the same as those which were involved in *Upper Moreland-Hatboro Joint Sewer Authority v. Pearson,* 190 Pa. Superior Ct. 107, 152 A. 2d 774. Our decision in the *Pearson* matter controls this case.

Judgment affirmed.